# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 27  A 10: 48

CLERK _F. LaVictoire_
S.D. DIST. OF GA.

HASSAN W. FREEMAN
_____
Plaintiff

Case No. CV 605-72

v.
Warden Glenn Rich, etal
_____
Defendant

Appearing on behalf of

Lt. Byrd
_____
(~~Plaintiff~~/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, *Petitioner's* request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __27th__ day of __Oct.__, 2005.

_[signature]_
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** William Clinton Rhodes

**Business Address:** Self
_Firm/Business Name_

2992 Main Street West   Suite 214/215
_Street Address_

Snellville                          Ga.         30078
Street Address (con't)   City    State    Zip

Post Office Box 856

Mailing Address (if other than street address)
Snellville, Georgia 30078

Address Line 2                City, State, Zip
770-978-0578                       602410

Telephone Number (w/ area code)   Georgia Bar Number

31